UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ANTHONY PEREA, | ) | CASE NO. CV 09-659-GW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| LARRY SMALL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 2, 2012.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA09CV00659GW-J.wpd